# In the United States District Court
## For the Southern District of Georgia
## Brunswick Division

JEREMIAH LANE,

        Petitioner,

v.

WARDEN J.V. FLOURNOY,

        Respondent.

CIVIL ACTION NO.: 2:16-cv-51

## O R D E R

Presently before the Court is the Magistrate Judge's July 15, 2016, Report and Recommendation, dkt. no. 11, to which Petitioner Jeremiah Lane ("Lane") has filed Objections, dkt. no. 12. Though difficult to decipher, Lane's Objection appears to reiterate the arguments presented in his Petition. The Magistrate Judge correctly addressed those arguments. Accordingly, after an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Lane's Objections. Consequently, the Court **DISMISSES** Lane's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Lane leave to appeal in forma pauperis. The Clerk of Court is

**DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

   **SO ORDERED**, this ___ day of _____, 2016.

       _____
       LISA GODBEY WOOD, CHIEF JUDGE
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF GEORGIA